*788 In re Guarisco, Adrienne Leche; Defendants); Leche, Charles J. II; Defendants); Leche, Connie M.; Defendants); Leche, Deborah A.; Defendants); Leche, Isidore Michael et al.; Defendants); Leche, John B. II Estate of; Defendants); Leche, Paul J.; Defendants); Miller, Patricia Leche; Defendants); Naquin, Mark J.; — Defendants); Applying For Writ of Certiorari and/or Review, Parish of La-fourche, 17th Judicial District Court Div. A, Nos. 99280, 102966, 103411; to the Court of Appeal, First Circuit, Nos. 2008 CA 0792, 2008-CA-0790, 2008-CA-0791.
Denied.